Steven G. Janik (140521)
Marnie C. Lambert (165019)
Karen-Denise Lee (131318)
Janik L.L.P.
100 Wilshire Boulevard, Suite 950
Santa Monica, California 90401
P: 310-394-8600; F: 440-838-7601
Steven.Janik@Janiklaw.com
Marnie.Lambert@Janiklaw.com
Karen-Denise.Lee@Janiklaw.com

Attorneys for Defendant Roger Shank

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | | |
|---|---|---|
| FORTY NINER TRUCK PLAZA, INC., a California Corporation, | ) ) ) | CASE NO. 2:11-cv-00860-FCD-DAD |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | Date: May 13, 2011 Time: 10:00 a.m. |
| ROGER SHANK, CPA. | ) ) | Courtroom: 2 Judge: Frank C. Damrell, Jr. |
| Defendant. | ) ) | |

**FOR GOOD CAUSE SHOWING, THE COURT ORDERS:**

The hearing date for Defendant Roger Shank's Motion to Dismiss for Lack of Personal Jurisdiction is hereby continued from May 13, 2011 at 10:00 a.m. to **June 24, 2011 at 10:00 a.m**. The briefing schedule shall comply with L.R. 230.

IT IS SO ORDERED.

DATED: April 21, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE