Steven G. Janik (140521)
Marnie C. Lambert (165019)
Karen-Denise Lee (131318)
Sean T. Needham (PHV)
Janik L.L.P.
100 Wilshire Boulevard, Suite 950
Santa Monica, California 90401
P: 310-394-8600; F: 440-838-7601
Steven.Janik@Janiklaw.com
Marnie.Lambert@Janiklaw.com
Karen-Denise.Lee@Janiklaw.com
Sean.Needham@Janiklaw.com

Attorneys for Defendant Roger Shank

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| FORTY NINER TRUCK PLAZA, INC., ) <br> a California Corporation, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ROGER SHANK, CPA, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 2:11-cv-00860-FCD-DAD <br><br> **ORDER** |

**FOR GOOD CAUSE SHOWING, THE COURT ORDERS**:

(1) The Joint Status Report due on or before May 30, 2011 is hereby continued until thirty (30) days after the Court rules upon Defendant's Motion to Dismiss for Lack of Personal Jurisdiction;

(2) The submission of Fed.R.Civ.P. 26(a)(1) initial disclosures shall be continued to a date not less than fourteen (14) days after the filing of the Joint Status Report;.

(3) Early discovery limited to personal jurisdiction issues raised by Defendant's Motion to Dismiss shall proceed as stipulated by the parties.

1   IT IS SO ORDERED.

3   DATED: May 25, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE