Lori A. Schweitzer (SBN 104882)
Eugenia S. Chern (SBN 215092)
BECHERER KANNETT & SCHWEITZER
The Water Tower
1255 Powell Street
Emeryville, CA 94608
Telephone:   (510) 658-3600
Facsimile:    (510) 658-1151

Attorneys for Defendant
Roger Shank

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FORTY NINER TRUCK PLAZA, INC., a California Corporation,<br><br>        Plaintiff,<br>v.<br><br>ROGER SHANK, CPA,<br><br>        Defendant. | **CASE NO. 2:11-CV-00860-KJM-DAD**<br><br>**ORDER GRANTING DEFENDANT ROGER SHANK'S *EX PARTE* APPLICATION TO CONTINUE THE DEADLINE FOR HEARING DISPOSITIVE MOTIONS**<br><br>**Date:**<br>**Time:**<br>**Ctrm:    3** |

Having considered Defendant Roger Shank's *ex parte* application to continue the deadline for hearing dispositive motions, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1) the deadline to hear dispositive motions is continued from June 22, 2012 to July 13, 2012;

2) the hearing on plaintiff's motion for partial summary judgment is continued from June 22, 2012 to July 13, 2012;

3) defendant's counter-motion for partial summary judgment shall be heard concurrently with plaintiff's motion on July 13, 2012;

Becherer
Kannett &
Schweitzer
_____
1255 Powell St.
Emeryville, CA
94608
510-658-3600

4) defendant shall file his counter-motion in accordance with the time limits set forth in Local Rule 230(b) and the new July 13, 2012 hearing date; and

5) the parties shall file any oppositions and/or replies to the motions in accordance with Local Rule 230(c) and (d) and the new July 13, 2012 hearing date.

Dated: June 7, 2012.

_____
UNITED STATES DISTRICT JUDGE

Becherer
Kannett &
Schweitzer
_____
1255
Powell St.
Emeryville, CA
94608
510-658-3600

-2-

ORDER GRANTING *EX PARTE* APPLICATION
TO CONTINUE THE DEADLINE FOR HEARING DISPOSITIVE MOTIONS